1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JAMES MARTIN SANCHEZ, | ) | 1:11-cv-01043 MJS HC |
|---|---|---|
| Petitioner, | ) | ORDER GRANTING RESPONDENT'S REQUEST TO WITHDRAW MOTION TO DISMISS |
| v. | ) | (Doc. 17) |
| ANTHONY HEDGEPETH, Warden, | ) | ORDER DIRECTING RESPONDENT TO FILE A RESPONSE WITHIN THIRTY (30) DAYS |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On November 28, 2011, Respondent filed a motion to dismiss the petition. (Mot. To Dismiss, ECF No. 14.) On January 18, 2011, Respondent filed a request to withdraw the motion to dismiss. (Request, ECF No. 17.) The Court hereby GRANTS the request.

Respondent shall file a response to the petition within thirty (30) days of service of this order. The response shall otherwise comply with the instructions provided in the Court's scheduling order issued September 29, 2011. (Order, ECF No. 7.)

IT IS SO ORDERED.

Dated:     January 21, 2012          /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

-1-