IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARTIN SANCHEZ,<br><br>                          Petitioner,<br><br>      v.<br><br>ANTHONY HEDGEPETH, Warden,<br><br>                          Respondent. | 1:11-cv-01043 LJO-MJS HC<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**<br><br>**(Doc. 33)** |

      Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On November 26, 2013 Petitioner filed a motion for extension of time to file a notice of appeal to the Ninth Circuit Court of Appeals. (Mot., ECF No. 33.) Pursuant to Rule 4(a)(5)(A) of the Rules of Appellate Procedure, the Court may extend the time to file a notice of appeal if the party moves no later than thirty (30) days after the expiration of the thirty (30) days provided in Rule 4(a)(1) for filing said notice. Petitioner's motion was not timely filed within sixty (60) days of the date judgment was entered. Petitioner motion was filed 61 days after the judgment. However, under Rule 4(a)(5)(A)(ii) Petitioner may obtain an extension of time regardless of whether its motion is filed after the time prescribed by this Rule 4(a) expires if Petitioner shows excusable neglect or good cause. Here, Petitioner has shown good cause because Petitioner's counsel did


not provide Petitioner notice of the September 25, 2013 judgment until after November 16, 2013. Petitioner submitted this request within ten days of being provided notice of the judgment. Accordingly, Petitioner has shown excusable neglect as required under Rule 4(a)(5)(A)(ii) in filing the notice of appeal.

Accordingly, Petitioner's motion for an extension of time to file a notice of appeal is GRANTED. See Rule 4(a)(5)(A)(ii) of the Federal Rules of Appellate Procedure. Petitioner is granted fourteen (14) days from the date of issuance of this order to file a notice of appeal. See Rule 4(a)(5)(C).

IT IS SO ORDERED.

Dated: December 9, 2013          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE