1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

| | |
|---|---|
| **JAMES MARTIN SANCHEZ,**<br><br>Petitioner,<br><br>**v.**<br><br>**ANTHONY HEDGEPETH, Warden,**<br><br>Respondent. | 1:11-cv-01043 LJO-MJS HC<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>**DIRECTING CLERK TO SERVE THE COURT OF APPEALS**<br><br>**(Doc. 38)** |

18     Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus

19  pursuant to 28 U.S.C. § 2254.

20     On September 25, 2013, judgment was entered denying the petition for writ of

21  habeas corpus.  On February 7, 2013, Petitioner filed an application to proceed in forma

22  pauperis on appeal.  Examination of Petitioner's application to proceed in forma pauperis

23  reveals that Petitioner is unable to afford the costs of an appeal.

24  ///

25  ///

26  ///

27  ///

28  ///

1

1    Accordingly, the application to proceed in forma pauperis on appeal is GRANTED.

2    See 28 U.S.C. § 1915.  **The Clerk is directed to serve a copy of this order on the**

3    **Court of Appeals for the Ninth Circuit.**

4

5    IT IS SO ORDERED.

6    Dated:    February 10, 2014         /s/ *Michael J. Seng*

7                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28